THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Harold F. Wilson, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Georgetown County
David H. Maring, Trial Judge
John M. Milling, Post-Conviction Relief Judge

ON WRIT OF CERTIORARI

Memorandum Opinion No. 2007-MO-015
Submitted March 6, 2007  Filed March 12, 2007 

DISMISSED

 
 
 
Deputy Chief Attorney Wanda H. Carter, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Elizabeth R. McMahon, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  This Court granted petitioners request for a writ of certiorari from an order finding petitioner was entitled to a belated review of his direct appeal issues pursuant to White v. State, 363 S.C. 110, 208 S.E.2d 35 (1974).  Because the transcript of petitioners trial was unavailable, we remanded this matter to reconstruct the record of petitioners trial.  Following the issuance of an order reconstructing the record, counsel for petitioner filed an Anders brief on the direct appeal issue.  Petitioner has not responded pro se.  We now proceed with a review of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
The direct appeal issue is dismissed under Rule 220(b)(1), SCACR, after review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
 DISMISSED.
 TOAL, C.J., MOORE, BURNETT and PLEICONES, JJ., WALLER, J., not participating.